ACCEPTED
14-15-00059-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 12:42:56 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00059-CV

IN THE

FOURTEENTH COURT OF APPEALS

AT HOUSTON, TEXAS

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 12:42:56 AM
CHRISTOPHER A. PRINE
Clerk

ELBERT DAVIS,
Appellant

V.

EBBIE LOVING d/b/a A-K-A BAIL BONDS,
Appellee

APPELLANT'S MOTION FOR LEAVE TO FILE MOTION TO EXTEND TIME TO FILE THE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant, Elbert Davis, under the authority of Tex.R.App.P. 10.5(b) asks the court to extend time to file the brief.

1.      Appellee's brief was due on or about August 5, 2015.

2.      Appellee requested an additional sixteen (16) days to file the brief, that is, an extension of time until August 21, 2015.

3.      This is Appellant's first Request for an extension of time to file the brief.

4.      Appellee needs additional time to file the brief because Appellant's counsel is a solo-practitioner and had a strenuous schedule.

5.      For these reasons, Appellee asks the Court to grant an extension of time to file the brief in this cause to August 21, 2015.

Respectfully submitted,

/s/ Kurt G. Clarke

_____

Kurt G. Clarke
SBN: 04316720
6200 Savoy Drive, Suite 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of August, 2015 a true and correct copy of the

above and foregoing instrument was forwarded to the following:

Eddie Gomez
Eddie Gomez, P.C.
Great Southwest Building
1314 Texas Ave., Ste. 1500
Houston, Texas 77002
(713) 653-3867          Office
(713) 222-0252          Fax
egomez@gomezlawpc.com   Email
*Counsel for Appellee*


/s/ Kurt G. Clarke

_____
Kurt G. Clarke